FILED: February 15, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4095
(2:23-cr-00301-REM-RBJ-3)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

TREVION SWANSEA WIGFALL, a/k/a Lil Boo

    Defendant - Appellant

---

This case has been opened on appeal.

| Originating Court | United States District Court for the District of South Carolina at Charleston |
|---|---|
| Originating Case Number | 2:23-cr-00301-REM-RBJ-3 |
| Date notice of appeal filed in originating court: | 02/13/2024 |
| Appellant | Trevion Swansea Wigfall |
| Appellate Case Number | 24-4095 |
| Case Manager | Anisha Walker<br>804-916-2704 |