FILED: September 2, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4095 (L)
(2:23-cr-00301-REM-RBJ-3)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

TREVION SWANSEA WIGFALL, a/k/a Lil Boo

      Defendant - Appellant

_____

O R D E R

_____

The court grants the motion to extend filing time and extends the time for filing the reply brief to 09/16/2025. Counsel is advised that no further extensions will be granted for filing the reply brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk